JS-6

Michael W. Goodin (State Bar No. 142288)
mgoodin@clausen.com
CLAUSEN MILLER P.C.
27285 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Telephone:  (949) 260-3100
Facsimile:  (949) 260-3190

Attorneys for Defendant
CRUM & FORSTER SPECIALTY INSURANCE COMPANY

Sassoon Sales (State Bar No. 59958)
s@sassoonlaw.com
LAW OFFICES OF SASSOON SALES
16060 Ventura Blvd., Suite 110, Encino, CA 91436
Phone:  (818) 728-6658 / Fax: (818) 260-3190

Attorneys for Plaintiff ROTAX, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTAX, INC.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CRUM & FORSTER SPECIALTY INSURANCE COMPANY,<br><br>　　　　Defendants. | CASE NO.  2:21-cv-01130 JFW (JPRx)<br><br>**JOINT JUDGMENT IN FAVOR OF DEFENDANT CRUM & FORSTER SPECIALTY INSURANCE COMPANY** |

## JUDGMENT

The Court, having granted the Motion for Summary Judgment of Defendant Crum & Forster Specialty Insurance Company on January 25, 2022 [Dkt. 80], based on its determination that there was no genuine dispute as to any material fact and that Defendant was entitled to Judgment as a matter of law on all causes of action against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED, AND DECREED, that Judgment is entered in this action as follows:

1.　　Plaintiff Rotax, Inc. shall recover nothing from Defendant Crum & Forster Specialty Insurance Company;

2. Defendant Crum & Forster Specialty Insurance Company shall have Judgment in its favor; and

3. Defendant Crum & Forster Specialty Insurance Company is the prevailing party pursuant to Local Rule 54-1 and it is entitled to recover its costs from Plaintiff Rotax, Inc. under Federal Rules of Civil Procedure, Rule 54(d).

The Clerk is ordered to enter this Judgment.

Dated: February 2, 2022

_____
Honorable John F. Walter
United States District Court Judge

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 27285 Las Ramblas, Suite 200, Mission Viejo, California 92691.

On February 1, 2022, I caused the following document(s) to be served on the interested parties in this action, as follows:

## JOINT [PROPOSED] JUDGMENT

**[X] BY ELECTRONIC FILING AND SERVICE**: By electronic filing and service of the foregoing document(s) using the CM/ECF System in accordance with F.R.C.P. 5(b)(2)(E) and Civil Local Rule 5.4, I electronically filed the above-listed documents by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

**[X] BY FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 1, 2022, at Mission Viejo, California.

*/s/ Mary Lynn Genova*
Mary Lynn Genova